**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-2456**

───────────────

MILKIYAS KASSAYE LAKEW,

Petitioner,

versus

JOHN ASHCROFT,

Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals. (A78-611-303)

───────────────

Submitted: September 16, 2003      Decided: October 8, 2003

───────────────

Before WIDENER, TRAXLER, and SHEDD, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Linda Hanten, HARRIGAN & HANTEN, P.C., Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Mark C. Walters, Assistant Director, Arthur L. Rabin, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milkiyas Kassaye Lakew, a native and citizen of Ethiopia, petitions for review of a decision of the Board of Immigration Appeals ("Board") affirming the immigration judge's decision denying Lakew's application for asylum, and applications for withholding of deportation and withholding of deportation under the Conventions Against Torture. We deny the petition for review.

Lakew contends the Board used the wrong legal standard in determining he was not entitled to asylum. We find there are sufficient indications in the Board's order that it used the proper standard. Lakew further contends the Board's findings are not supported by substantial evidence. We disagree.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2